# APPENDIX.

## MEMORANDUM DECISIONS.

CYRUS SULLIVAN *et al., Appellants,* v. C. R. DARRATT,.
*Appellee.*

No. 16,469.

Appeal from Sedgwick district court.    Opinion filed.
July 9, 1910.    Reversed.

*George W. Adams,* and *John W. Adams,* for the ap--
pellants.

*Earl Blake, W. A. Ayres,* and *Walter A. Blake,* for
the appellee.

*Per Curiam:* All the plaintiffs were required to prove, to.
make their case, was employment to effect a trade, performance.
of the service, and the amount of their compensation.    This they
did.    It was not essential to recovery that they should allege or·
prove that they were licensed agents.    The court could not. take
judicial notice of the ordinances of the city of Wichita, and none·
was pleaded or proved.    Unfaithfulness, dual employment and
the like are defenses which are waived unless pleaded, and no
such defense was pleaded.    A jury properly instructed might.
have interpreted the employment as that of middlemen only, in
which event a commission from both parties to the trade would
have been permissible.

The judgment of the district court is reversed and the cause·
is remanded for a new trial.